UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/17/2025__

SMART SHOPPERS BH LLC,

                Plaintiff,

        - against-

TYLERS COFFEE LLC D/B/A TYLERS
ACID-FREE COFFEE A/K/A TYLERS
COFFEES®, LIFTTED COFFEE LLC,
RESINEATER420 LLC, TYLER ORNSTEIN,
and DOUG HARDING,

                Defendants.

Case No.: 7:22-cv-4969

**DEFAULT JUDGMENT AGAINST DEFENDANTS TYLERS COFFEE LLC D/B/A TYLERS ACID-FREE COFFEE A/K/A TYLERS COFFEES®, LIFTTED COFFEE LLC, RESINEATER420 LLC, TYLER ORNSTEIN, and DOUG HARDING**

Upon reading and filing Plaintiff's motion by Order to Show Cause and supporting papers for default judgment as against defaulting Defendants TYLERS COFFEE LLC D/B/A TYLERS ACID-FREE COFFEE A/K/A TYLERS COFFEES®, LIFTTED COFFEE LLC, RESINEATER420 LLC, TYLER ORNSTEIN, and DOUG HARDING for failure to serve and file an Answer or otherwise defend,

Now, on motion of Yair M. Bruck, attorney for Plaintiff, it is

ORDERED, that the motion for default judgment against defaulting Defendants TYLERS COFFEE LLC D/B/A TYLERS ACID-FREE COFFEE A/K/A TYLERS COFFEES®, LIFTTED COFFEE LLC, RESINEATER420 LLC, TYLER ORNSTEIN, and DOUG HARDING is hereby granted, and judgment is entered against the Defendants jointly and severally and in favor of the Plaintiff in the dollar amount of $268,275.00 plus interest on this amount accruing at the statutory interest rate until the judgment is paid in full.

The Clerk of Court is kindly directed to terminate this action.

DATED: December 17, 2025
White Plains, New York

_____
Nelson S. Roman
U.S. District Court Judge, S.D.N.Y.